**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA, Case No.: 6:22-cr-114-GAP-EJK

Plaintiff,

v.

VINCENT SPERTI,
Defendant.
_______________________________/

**DEFENDANT'S SENTENCING MEMORANDUM**

**COMES NOW** the Defendant, by and through the undersigned attorney, and hereby submits this sentencing memorandum and request for a reasonable sentence. For the reasons outlined below, Mr. Sperti asks that this Court impose a sentence below the advisory sentencing guidelines.

## I. PROCEDURAL POSTURE

1. On July 19, 2022, the government filed a two-count Information in the Middle District of Florida, Orlando Division, naming Vincent R. Sperti II as the defendant.
2. Count One charged that from September 2018, and continuing through September 2019, the defendant conspired with others

to defraud the United States out of money and property by soliciting, receiving, offering, and paying kickbacks and bribes, in violation of 18 U.S.C. § 371 and 42 U.S.C. §§ 1320a-7b(b)(1) and 1320a-7b(b)(2).

3. Count Two charged that on September 30, 2020, the defendant possessed with the intent to distribute a mixture and substance containing a Schedule III controlled substance, in violation of 21 U.S.C. §841(a)(1), 21 U.S.C. § 841(b)(1)(E) and 18 U.S.C. § 2.

4. On August 2, 2022, the defendant appeared before United States Magistrate Judge Embry J. Kidd and pleaded guilty to Counts One and Two of the Information. On August 3, 2022, United States District Judge Gregory A. Presnell accepted the defendant's plea and adjudicated the defendant guilty.

5. Pursuant to a written plea agreement, the government will recommend a two-level reduction for acceptance of responsibility. This is conditioned upon the defendant clearly demonstrating acceptance of responsibility for the offense. USSG §3E1.1(a). If the offense level is 16 or greater, and upon motion of the government stating that the defendant has assisted authorities in the investigation or prosecution of the misconduct by timely notifying authorities of intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and

permitting the government and the Court to allocate their resources efficiently, the offense level can be decreased by one additional level. USSG §3E1.1(b).

## II.
## SENTENCING OPTIONS AND GUIDELINE RANGE CALCULATION

A. **Statutory Options with Regard to the Term of Imprisonment.** Count 1: The maximum term of imprisonment is five years. 18 U.S.C. § 371. Count 2: The maximum term of imprisonment is five years. 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(E).

B. **USSG Advisory Guidelines Range Calculation:** Based upon a total offense level of 24 and a criminal history category of III, the guideline imprisonment range is 63 months to 78 months.

## III.

## REQUEST FOR A REASONABLE SENTENCE

This court is required to impose a reasonable sentence in accordance with the requirements of 18 U.S.C. 3553(a). This statute requires the Court to consider the following factors:

1. The nature and circumstances of the case;
2. The need for the sentence imposed to:
   a. Reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
   b. Afford adequate deterrence to criminal conduct;
   c. Protect the public from further crimes of the defendant;
   d. Provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;
3. The kinds of sentences available;
4. The advisory guideline range;
5. The need to avoid unwarranted sentencing disparities among defendants with similar records;

6. The need to provide restitution to any victim of the offense.

There are a number of factors that justify a below guidelines sentence in this case. First and foremost, Mr. Sperti quickly took responsibility for his actions and has provided substantial assistance to the government. This substantial assistance was so significant that it resulted in the government filing a 5K motion on his behalf, which is a rare occurrence in this jurisdiction.

Second, Mr. Sperti asks this court to consider the nature and circumstances of the offense. Mr. Sperti's offense is a non-violent economic offense for which other punitive measures short of incarceration would be more appropriate.

Finally, Mr. Sperti asks this court to consider his personal history and characteristics, particularly paragraph 77 of the PSR. Also, the letters of support attached to this sentencing memorandum show that Mr. Sperti has numerous good qualities and that the more appropriate way to provide him with the correctional measures he needs would be to sentence him to a period of home confinement rather than a term in the Bureau of Prisons.

**WHEREFORE**, For the reasons stated above Mr. Sperti requests that this court impose a reasonable sentence in this case, and that said sentence not include a term of confinement in the Bureau of Prisons.

## CERTIFICATE OF SERVICE

**I, HEREBY CERTIFY** that this document was electronically filed today with the Clerk of the Court by using the ECF system which will send a copy of the same and electronic notice of this filing to all counsel of record.

Dated: Oct. 24, 2022 BY: /s/ James W. Smith III

(X) James W. Smith III, Esq.
Florida Bar No. 96438
9100 Conroy Windermere Rd.
Suite 200
Windermere, FL 34786
(407)924-8595
Attorneytreysmith@gmail.com

Honorable Judge Gregory Presnell
Judge if United States District Court for the
Middle District of Florida

Re: Sentencing of Vincent R. Sperti
Case No. 6:22-cr-00114-PGB-EJK

October 18, 2022

Dear Judge Presnell,

This letter should serve as insight into my brother, Vincent Sperti's life and my opinion as to why he's in your court.

The first time he got into trouble, it was an extremely difficult time for him as well as his children and our whole family. He served 18 months in federal prison and came out a changed man, or so we thought. Unfortunately, the outside influences that had contributed to the trouble he got into the first time around proved impossible for him to stay away from. I didn't understand this or I would've tried to intervene, I would've done something, or said something....anything to try and help. I didn't understand the gravity of the situation until it was too late.

This is going to sound crazy, but the best thing that's ever happened to him was being put on home confinement. He has learned structure and gotten rid of all the negative outside influences in his life. It has given him time to really connect and bond with his family as well. Vincent's also had to learn how to earn money for his wife and four children the legal and responsible way, instead of the quick and easy way. I'm proud to say he's built a successful cat and dog breeding business with his wife.

I understand he's done wrong and that further punishment is required, but I humbly ask for leniency. I ask that you please consider his progress over the time of home confinement and that he has small children at home that are very dependent on him. His youngest child of two has autism. Vincent also suffers from health problems that being incarcerated make it hard to manage. Unfortunately, whatever his punishment is, it will extend to his young children and make their lives equally as difficult. I would love for this cycle to end and for Vincent to have his children grow up with their father present and healthy in their lives.

Thank you so much for taking the time to read and consider my words.

Sincerely,

Brea Tato

Gregory A. Presnell
United States District Judge
Middle District Florida

Your Honor, Sir;

I am Vincent Sperti's Mother and am hoping and praying that you will take the time to read this letter. I love my son dearly and am sad that he's made some of the decisions that have brought him to this day.

As you know, when a person is released from prison, we have high hopes that he/she will not resort to making bad decisions again. However, we also know that when someone is released from prison it's tough for them to find employment. Vincent struggled to make a living for his family and ended up making some bad choices and those bad choices put him on "house arrest".

Over time Vincent has matured, become more responsible and has made much better decisions. He has a wonderful wife, a two year old very autistic son and a great 6 year old daughter. He also has two wonderful older sons by his first wife.

I believe his home confinement turned out to be a blessing to him. It kept him at home with his wife and family and away from bad influences. It may very well have been responsible for him finding a better path for his life.

He is making better decisions, able to help support his family, help out with his autistic son and learn better ways to deal with what life throws his way. He has become the husband and Father that the family is proud of.

His brother and sister love him very much. They are proud of what he is doing with his life since on home confinement

I would sincerely request that you give consideration to allow Vincent to continue on this path by givin him a chance to continue improving and show he has become a good, honest and productive person. believe he has changed dramatically since being on home confinement and has chosen to honor and respect the law. Vincent is not a flight risk, he is not a danger to anyone, and he is not mentally unstable and I pray that he won't have to serve any time at all. He does have health issues tho' that need to be continually monitored and taken care of.

Thank you for your time and consideration.

Sincerely,

Felicia (Sperti) Spira

Honorable Judge Gregory Presnell
Judge if United States District Court for the
Middle District of Florida

Re: Sentencing of Vincent R. Sperti II
Case No. 6:22-cr-00114-PGB-EJK

October 21, 2022

Dear Judge Presnell,

This correspondence should serve as a character reference for my brother, Vincent Sperti, who is scheduled to appear before you in court, October 25, 2022.

While I can not speak to the decisions he made which inevitably led to his appearance before you, I wish to perhaps share some insight into the man that I have known, loved and feel honored to call my brother.

Vincent is one of the most intelligent people I have ever known. He is affable, humorous, spirited and as loyal a person as you may come across. My brother loves deeply, lives generously and is a man who honors others every time the opportunity presents itself.

While he has had his share of trouble and has made poor decisions that have attributed to the circumstances of your meeting, he is a man who has made far more positive impacts on the world around him than to the contrary. While our family was not raised to make excuses, and I would not presume to offer any on his behalf, I am often cognizant that all of our failings and poor choices occur within a context.

His time in home confinement has been a powerful season bearing profound fruit in relation to his immediate family, my personal relationship with my brother as well as his focus on providing for his family alongside his wife in building a new small business that will invariably provide for the family in a sustainable way. I have been amazed by their creativity, earnest work and commitment to finding a new and earnest subsistence.

I am a business owner in North Carolina and have had many conversations with my brother about opportunities to work together in the construction industry and creating a new way forward for he and his family after he has fulfilled his responsibilities to the court. His wife and young children, who will fare far better with him in their home than away, would be an added blessing to our lives and family here in the Carolinas.

My only request of the court is to see Vincent Sperti, a good man, a great father, a loyal husband and an amazing brother, when he appears before you. I mean no presumption when I ask the court to please consider leniency with regards to his sentencing as he is still young enough to transform his life, transform his family and their collective legacy. I

know firsthand how deeply he is committed to such a transformation. His commitment to his faith has certainly been a strength to him during this most difficult season for him. I look forward to seeing what he can accomplish with all of his passion, energy, enthusiasm, intelligence and family behind him as he moves forward into a new future beyond the current circumstances with which his choices have led.

I am a man that chooses to put my faith in hope and not in fear. I, personally, am a man of strong faith and strong hope as well. I assure you that I stand in solidarity with my brother today and every day to come. I will always labor to champion his dreams and his aspirations. I will always see the man that I have described to you in this letter and refuse to identify him by the sum total of poor decisions. I do not believe that is naive as much as it is a testament to the depth of my belief in the man who will appear before you.

Again, I ask for you to act justly and at the same time consider mercy. Vincent Sperti is a man who has his whole life ahead of him.

Thank you for your generosity in reading this letter. Thank you ahead of time for your consideration of a brother's request.

Sincerely,



Robert F. Sperti II