# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.** **CASE NO: 6:18-cr-22-GAP-LHP**
**6:22-cr-114-GAP-EJK**

**VINCENT SPERTI**

| | | | |
|---|---|---|---|
| Judge: | Gregory A. Presnell | Counsel for Government: | Jennifer Michele Harrington, Catherine E. Wagner |
| Deputy Clerk: | Lisa Milliron | Counsel for Defendant: | James Smith |
| Court Reporter: | Suzanne Trimble | Probation: | Armando Rivera, Omayra Hernandez |
| Scheduled Date/Time: | June 15, 2022 01:00 PM | Interpreter: | Not Required |

## MINUTES ON SENTENCING AND FINAL REVOCATION HEARING

Defendant makes a statement to the Court.

**6:22-cr-114**

**MOTION** for Recognition of Substantial Assistance (Doc. 31) is **GRANTED;** three levels departed.

**SENTENCE IMPOSED as to Counts One and Two of the Information.**

**INCARCERATION**: 46 months. This term consists of terms of 46 months on each of Counts One and Two, such terms to run concurrently.

**SUPERVISED RELEASE**: three years. This term shall consist of terms of three years on each of Counts One and Two, such terms to run concurrently. *Special conditions of supervised release:* Drug testing requirements are imposed. Substance abuse aftercare treatment conditions imposed. Defendant shall cooperate in the collection of DNA. Search conditions imposed.

**FINE** and cost of imprisonment are waived.

**SPECIAL ASSESSMENT** of $200.00 is due immediately.

**RESTITUTION ORDERED** in the amount of $402,799.65 to U.S. Department of Health and Human Services, Center for Medicare and Medicaid Services, Division of Premium Collection & Billing, P.O. Box 7520, Baltimore, Maryland 21207. This restitution obligation shall be payable to the Clerk, U.S. District Court, for distribution to the victims. Restitution shall be paid jointly and severally with Christopher Ryan Helfrich ($144,465) (8:20-cr-297-JSM-JSS); Adam Kovacsik ($144,465) (8:20-cr299-WFJ-SPF); Brandon Gross (8:22-cr-069-VMC-JSS) ($144,465); Vince Harris (1:20-cr-20183 SD/FL) ($103,450); Christopher Cirri (2:21-cr-842 DNJ) ($3,750); and Nicholas Defonte (2:31-cr-843 DNJ) ($3,750).

> **Payment schedule**: UNICOR schedule while incarcerated, then monthly payments of $200.00 after release from custody.

**FORFEITURE ORDERED** of those assets identified in the Order of Forfeiture entered at Doc. 26.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2 p.m. on the tenth day following notification of designation by the U.S. Marshals.

The Court recommends to the Bureau of Prisons that the defendant be placed at Coleman, if appropriate and available, and that he be afforded the opportunity to participate in the RDAP residential substance abuse treatment while he is incarcerated.

Defendant advised of right to appeal.

**6:18-cr-22 (day two)**

Defense Witnesses: Vincent Sperti (sworn and testified 6/15/22).

The Defendant is found to be in violation of Charges 1, 2, 3, 4, 5, and 6 of the Amended Petition (Doc. 55). (The underlying petition (Doc. 42) is **DISMISSED**.)

Report & Recommendation of Magistrate (Doc. 73) is **APPROVED.**

Supervised Release is revoked and sentence is as follows: Imprisonment, 12 months. The defendant shall cooperate in the collection of DNA.

Upon successful completion of incarceration, the defendant is released from further jurisdiction of this court in this case.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 PM on the tenth day following notification of designation by the U.S. Marshals.

The Court recommends to the Bureau of Prisons that the defendant be placed at Coleman, if appropriate and available, and that he be afforded the opportunity to participate in the RDAP residential substance abuse treatment while he is incarcerated.

Time in court 6:22-cr-114: 9:30 a.m. – 10:22 a.m.; Total time: 52 minutes
Time in court 6:18-cr-22: 10:22 a.m. – 10:31 a.m.; Total time: nine minutes